UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VSIM PATENT CO, LLC,

    Plaintiff,

v.

KEITH BENSON, *et al.*,

    Defendants.

Case No. C12-102RSL

ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR ORDER OF APPEARANCE

    This matter comes before the Court on Defendants' "Motion for Order Requiring Judgment Debtor to Appear for Examination Under Oath" (Dkt. # 38). In it, Defendants ask the Court to order Plaintiff to appear to explain its failure to comply with this Court's Order (Dkt. # 35) that it pay Defendants' fees on or before July 20, 2012. On August 22, the Court ordered Plaintiff to show cause for its alleged failure. Dkt. # 40. The following day, Plaintiff informed the Court that it had initiated the payment process on August 21 and that the full amount was paid on August 22. Dkt. # 41.

    In reliance on Plaintiff's representations, the Court thus DENIES Defendants' motion (Dkt. # 38) as moot. It still awaits Plaintiff's explanation as to why it should not be sanctioned for its wilful disregard of this Court's Order (Dkt. # 35) to pay those fees by July 20. Dkt. # 40.

    DATED this 27th day of August, 2012.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR ORDER OF APPEARANCE - 1